**UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**HIGHSTEPPIN' PRODUCTIONS, LLC.**                    **CIVIL ACTION**

**VERSUS**                                                                  **NO. 10-4385**

**GEORGE PORTER, JR., ET AL.**                           **SECTION "R"**

## ORDER REFERRING CASE TO BANKRUPTCY COURT

Pursuant to 28 U.S.C. § 157,

IT IS ORDERED that this case is hereby referred to the United States Bankruptcy Court for the Eastern District of Louisiana, for disposition of all proceedings arising under Title 11 or arising in or related to Bankruptcy Cases 10-13553 and 10-13554, Section "A".

**New Orleans, Louisiana, this _____2nd_____ day of December, 2010.**

_____

**SARAH S. VANCE
UNITED STATES DISTRICT JUDGE**

Clerk to Notify United States Bankruptcy Court